UNITED STATES DISTRICT COURT                           JS-6
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -- GENERAL**

Case No.  **CV 12-7282-JFW**                Date:  November 27, 2012
          [2:09-bk-29228-ER]

Title:    In re: Castellino Villas, A. K. F. LLC
          Picerne Construction Corp., et al  -v- Castellino Villas, A. K. F. LLC

**PRESENT:**

        **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

        **Shannon Reilly**                    **None Present**
        **Courtroom Deputy**                  **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                      None

**PROCEEDINGS (IN CHAMBERS):**      **ORDER AFFIRMING BANKRUPTCY COURT'S ORDER
                                    DENYING PICERNE CONSTRUCTION'S MOTION TO
                                    CONFIRM STATE COURT'S AUTHORITY TO
                                    AWARD ATTORNEYS' FEES AND COSTS**


        On August 24, 2012, Appellant Picerne Construction Corp. dba Camelback Construction
("Appellant" or "Picerne") filed a Notice of Appeal with this Court from the United States Bankruptcy
Court's Order Denying Picerne Construction's Motion to Confirm State Court's Authority to Award
Attorneys' Fees and Costs, entered on August 13, 2012.  On October 25, 2012, Appellant filed its
Opening Brief.  On November 8, 2012, Appellee Castellino Villas, A K.F.C. LLC ("Appellee") filed
its Opening Brief.  On November 26, 2012, Appellant filed its Reply Brief.  The Court finds this
matter appropriate for decision without oral argument.  The hearing calendared for December 3,
2012 is hereby vacated and the matter taken off calendar.  After considering the opening and reply
briefs, and the arguments therein, the Court rules as follows:

        "The district court's standard of review over a bankruptcy court's decision is identical to the
standard used by circuit courts reviewing district court decisions."  *In re Boyd*, 243 B.R. 756, 759
(N.D. Cal. 2000) (citing *In re Baroff*, 105 F.3d 439, 441 (9th Cir. 1997)).  "Thus, the district court
reviews the bankruptcy court's factual findings for clear error and its conclusions of law *de novo.*"
*Id.* (citing *In re Southern Cal. Plastics, Inc.*, 165 F.3d 1243, 1245 (9th Cir. 1999)); *see also In re
Gebhart*, 621 F.3d 1206, 1209 (9th Cir. Sept. 14, 2010) ("[T]he bankruptcy court's findings of fact
are reviewed for clear error, and conclusions of law are reviewed de novo.").

Upon review of the record and the briefs submitted by the parties, the Bankruptcy Court's Order Denying Picerne Construction's Motion to Confirm State Court's Authority to Award Attorneys' Fees and Costs, entered on August 13, 2012. is **AFFIRMED.**


IT IS SO ORDERED.

**cc: Bankruptcy Court**

Initials of Deputy Clerk  _sr_